# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. CR-12-2-02-JHP |
| ) | |
| EDMOND C. WARRINGTON, ) | |
| ) | |
|     *Defendant*. ) | |

## **NOTICE OF DISMISSAL**

COMES NOW the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Ryan M. Roberts, and dismisses the Information filed on January 6, 2012, as to defendant, EDMOND C. WARRINGTON, and only as to defendant, EDMOND C. WARRINGTON, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and in the best interest of justice.

    MARK F. GREEN
    United States Attorney

    s/ Ryan M. Roberts
    RYAN M. ROBERTS, OBA # 16433
    Assistant United States Attorney
    1200 West Okmulgee
    Muskogee, OK   74401
    (918) 684-5100

LEAVE GRANTED FOR FILING:

*/s/ James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma